UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CLARENCE DAVIS, JR.,

    Plaintiff,

v.                                                                                                 Hon. Hala Y. Jarbou

OX PAPERBOARD MICHIGAN, LLC,                                    Case No. 1:23-cv-213

    Defendant.

## REPORT AND RECOMMENDATION

This is an employment discrimination matter filed pursuant to 42 U.S.C. § 2000e. On June 1, 2023, Chief Judge Hala Jarbou issued a case management order setting an early settlement conference in front of the undersigned on October 12, 2023. Plaintiff failed to submit the required letters and failed to appear for the hearing, although the Court and Defendant were ready to proceed.

This is not the first time Plaintiff and his counsel have failed to appear in this Court. Defendant filed a motion to compel on August 18, 2023, to which Plaintiff did not respond. (ECF No. 15.) Plaintiff did not appear for the hearing on September 7, 2023. (ECF No. 19.) Plaintiff did not object to Defendant's request for attorney's fees and costs. (ECF No. 21.) The Court granted that request on September 22, 2023, with payment due within seven days of the Order. (ECF No. 24.) As of the date of Defendant's motion to dismiss, Defendant states that Plaintiff had failed to pay the Defendant. (ECF No. 25, PageID.149.)

IT IS RECOMMENDED that the Court allow Defendant to submit an affidavit of fees and costs associated with preparation and attendance at today's early settlement conference.

FURTHER, the undersigned recommends that this matter be dismissed pursuant to Fed. R. Civ. P. 41(b), W.D.Mich. LCivR 41.1 for want of prosecution and failure to comply with the rules and orders of this Court. *See Regional Refuse Sys., Inc. v. Inland Reclamation Co.*, 842 F.2d 150, 155 (6th Cir. 1988). Timely objections to this Report and Recommendation shall be considered Plaintiff's opportunity to show cause why this matter should not be dismissed.

Dated: October 12, 2023                                /s/ Sally J. Berens
                                                                                 SALLY J. BERENS
                                                                                 U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).