UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE DAVIS, JR.,

    Plaintiff,

v.

    Case No. 1:23-cv-213

    Hon. Hala Y. Jarbou

OX PAPERBOARD MICHIGAN, LLC,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: October 27, 2023      /s/ Hala Y. Jarbou
    HALA Y. JARBOU
    CHIEF UNITED STATES DISTRICT JUDGE