UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE DAVIS JR.,

    Plaintiff,

v.

OX PAPERBOARD MICHIGAN, LLC,

    Defendant.

Case No. 23-00213
Hon. Hala Y. Jarbou

| | |
|---|---|
| Clarence Davis, Jr.<br>Plaintiff *Pro Se*<br>1545 Concord Place Apt 1B<br>Kalamazoo, MI 49009 | Starr, Butler & Stoner, PLLC<br>Kay Rivest Butler (P41651)<br>Zeth D. Hearld (P79725)<br>Attorneys for Defendant<br>20700 Civic Center Dr., Ste. 290<br>Southfield, MI 48076<br>(248) 864-4932<br>kbutler@starrbutler.com<br>zhearld@starrbutler.com |

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND FEES**

WHEREAS, the parties having stipulated to the dismissal of the above referenced case with prejudice and without costs, interest and attorney fees to any party, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled cause be and is dismissed with prejudice and without costs, interest and attorney fees to any party.

Dated: May 13, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

**Approved as to form and substance:**

s/ Clarence Davis Jr.
Clarence Davis, Jr.
Plaintiff *Pro Se*

s/ Zeth D. Hearld
Zeth D. Hearld (P79725)
**Attorneys for Defendant**

{00120043.DOCX}